**ATTACHMENT 2**

**STATEMENT OF CLAIM**

**I.   THE JEWS ARE A RACIAL SUPREMACIST ETHNIC GROUP WHOSE ULTIMATE GOAL IS TO EXTERMINATE OR ENSLAVE ALL NON-JEWS.**

1. The Jews are not a 'religion,' as imbeciles commonly believe. A person's religion is determined by their belief – a person may convert to a religion by believing its principles and taking on its practices. But one may not become a Jew by belief and practice alone – one can only be a Jew by heredity. Therefore, the Jews are an *ethnic group*.

2. The Jews are a racial *supremacist* group because they believe themselves to be superior to non-Jews. They call themselves "God's Chosen People." The Jews do not stop at believing they are superior to non-Jews, they consider non-Jews to be *animals*, referring to non-Jews as 'goyim' (cattle). But it is not even enough for them to consider non-Jews animals: Jews believe it is acceptable to lie to, torture, and kill non-Jews. But even these heinous beliefs are not enough for the Jews! The Jews believe that all goyim must be exterminated or enslaved. From the Jewish religious texts:

> "The Jews are human beings. The non-Jews are beasts and not human" (Baba Mezia 114b)

> "To communicate anything to a Goy about our religious relations would be equal to the killing of all Jews, for if the Goyim knew what we teach about then, they would kill us openly" (Libbre David 37)

> "All property of other nations belongs to the Jewish nation, which, consequently, is entitled to seize upon it" Shulchan Arukh, Choshen Mishpat 348)

> "Murdering Goyim is like killing a wild animal" (Sanhedrin 59a)

> "The best of the Gentiles should be killed." (Abodah Zara 26b)

## II. THE JEWS HAVE A LONG HISTORY OF VICIOUSLY OPPRESSING NON-JEWS IN SERVICE OF THEIR ULTIMATE GOAL OF EXTERMINATING OR ENSLAVING ALL NON-JEWS.

3.     In the last few hundred years, the Jewish Supremacists have been expelled from their host nation at least 119 separate times, usually for viciously oppressing non-Jews. The modus operandi of the Jewish Supremacists is apparent: use Jewish nepotism to unfairly take control of influential professions such as law, media, business, and government. Simultaneously, remove the 'best and brightest' of the non-Jews from influential positions and replacing them with 'useful idiots' who unwittingly do the Jews' bidding for them. Eventually, the Jewish Supremacists outright *kill* the members of the host nation, sometimes by means incomprehensible to most, including most Jews. This is the behavior of the Jewish Supremacists again and again.

4.     In the last century, the Jewish Supremacists used this modus operandi to torture and kill millions of innocents in Eastern Europe. By nepotism, they secured position of power. They allowed into positions of influence only the non-Jews who were controllable by their Jewish Supremacist overlords: dimwits, criminals, and the impressionable. Once the Jewish Supremacists gained sufficient control, the few capable non-Jew in influential positions were exterminated. Without the protection of a non-Jewish upper-class, non-Jewish commoners were exterminated next. The Jewish Supremacists killed around 5 million innocent non-Jews in the Holodomor, and millions more in the Jewish Bolshevik Revolution and similar events.

5.     During the Interwar Period in Central Europe, the Jewish Supremacists returned to their modus operandi, using unfair Jewish Nepotism to gain power over non-Jews, then viciously oppressing them. After WWII, the Jewish Supremacists invented a story that is the total *inverse*

of the truth; The events of WWII were not an act of genocide by the Germans against the Jews, they were an act of genocide perpetrated *by the Jews against the Germans* and other non-Jews. The myth of the 'Holocaust' serves are the foundational myth of modern ideology, just as the myth of Moses served as the foundation myth of Chrisian society. Just as most people in Christian societies lacked the intellectual sophistication to realize that the story of Moses was a farse, most modern people lack the intellectual sophistication to realize the 'Holocaust' is a farse. They Jewish Supremacists concoct these bogus stories of victimhood in order to justify (to themselves and to other) their inhumane treatment of non-Jews.

III.    IN SERVICE OF THEIR GOAL TO EXTERMINE OR ENSLAVE ALL NON-JEWS, THE JEWISH SUPREMACISTS DISCRIMINATE AGAINS NON-JEWISH WHITES. PLAINTIFF WAS A VICTIM OF THIS DISCRIMINATION.

6.    The Jewish Supremacists have created plans, including the Kalergi Plan, with the express goal of exterminating non-Jewish Whites. The plans are being executed. In accordance with the plans, Jewish Supremacists have gained power over educational institutions and use that power to remove non-Jewish Whites from positions of power and influence. These actions are consistent with the modus operandi exhibited by the Jewish Supremacists in Europe in the last century.

7.    Harvard, like nearly all other education institutions, has fallen under control of the Jewish Supremacists. Through Jewish Nepotism, nearly all positions of substantial influence at Harvard are occupied by Jews. Those positions not occupied by Jews directly seem to be occupied by 'useful idiots' who, as described above, comply with the plans of the Jewish Supremacists. Overwhelming evident demonstrates that the admissions process at Harvard, under control of the Jewish Supremacists, is discriminatory in favor of Jewish applicants over non-Jewish White

applicants. For example, an extensive analysis by Ron Unz, himself a Jew and Harvard alumnus, revealed that Jews account for about 4% of qualified applicants to Harvard undergraduate study, yet account for nearly 40% of admitted applicants.

8. Harvard Business School, the school to which Plaintiff applied, illegally discriminated against Plaintiff due to his non-Jewish White ethnic heritage. Plaintiff applied for admission to the school's Master of Business Administration (MBA) program for the class entering in 2024. Plaintiff applied with a GMAT test score higher than 99% of test-takers and higher than approximately 90% of 2024's entering class. Plaintiff applied with an undergraduate GPA within the normal range of admitted students, and a long career of impressive and unique accomplishments. Despite Plaintiff's outstanding qualifications, Harvard Business School notified Plaintiff on January 31, 2024 that his application for admission was denied.

9. The school's application included questions about the applicant's ethnic heritage; There is no reasonable explanation for including such questions other than that Defendants intended to racially discriminate against unfavored ethnic groups. The application also asked applicants for their names. The presence of names on the application allows admissions staff to fairly reliably identify Jewish applicants even if the Jewish applicants indicate they are 'White' on the application. (Certain names are common among Jews.) Given today's technology, which could anonymize applications at virtually no trouble or expense, the presence of names on applications indicates an intent to discriminate along ethnic lines.

10. The results of Harvard's racist admissions practices are apparent. Nearly all 'White' students at Harvard, including the business school, are Jews. Non-Jewish Whites are nearly completely excluded from admission unless they meet a few criteria that are not required of Jews or non-Whites: they must be female, they must be queer, or they must be veterans of the U.S.

armed forces. Defendants admit these White applicants because such applicants do not threaten, or even advance, the goals of the Jewish Supremacists. The Jewish Supremacists consider women unthreatening because research, such as the Solomon Asch-style experiments, shows women are more obedient to authority more willing to lie in order to conform to social norms. When Jewish Supremacists control authoritative institutions and control social norms though their dominance of the media, women are largely complicit with the Jewish Supremacists. The situation is similar with queers.

11.     Veterans of the U.S. armed forces are allowed admission as a means of incentivizing non-Jewish Whites to serve Israel by serving the U.S. armed forces. (Indeed, all major foreign engagements of the U.S. armed forces, and especially recent engagements, have almost exclusively benefited the Jewish Supremacists. The purpose of the U.S. interventions in Iraq, Egypt, Syria, Libya, and Iran was to destroy the armies of the Middle East so that Israel could exterminate the Palestinians unimpeded. It was Benjamin Netenyahu who provided U.S. officials fabricated reports of 'weapons of mass destruction' in order to coax the U.S. armed forces to destroy the Iraqi army. Among the approximately 20 people responsible for convincing George Bush to invade Iraq, all but 1 or 2 were Jews. The invasion killed nearly a million innocent Iraqis and destroyed the Iraqi army, allowing the Jewish Supremacists to exterminate the Palestinians without intervention from the Iraqi army.) Requiring non-Jewish White males to demonstrate a willingness to "die 4 Israel" (or to at least get fucked up the ass) to be considered for admission constitutes a clear violation of the Equal Protection Clause and the Civil Rights Act.

12.     In the rare instance a non-veteran, non-queer, non-Jewish White male is selected for admission, he has a name indicating likely Jewish heritage, or he is intentionally chosen for

being a low-quality applicant. In accordance with the modus operandi of the Jewish Supremacists, the 'best and brightest' are excluded.

13.     It is not necessary that the Harvard admissions staff be explicitly instructed to discriminate against non-veteran, non-queer, non-Jewish White male applicants in order for the Defendants to illegally discriminate against these applicants. The admissions staff can be trained to discriminate without explicit instructions just as a dog may be trained not to defecate in the house.

## I. HARVARD IS SUBJECT TO TITLE VI AND THE EQUAL PROTECTION CLAUSE. HARVARD WAS RECENTLY FOUND TO VIOLATE THESE LAWS, YET OUTRAGEOUSLY CONTINUES TO VIOLATE THE LAW.

14.     Harvard Business School is a program of the Defendants, who receive substantial federal financial assistance, making them subject to the non-discrimination mandates of Title VI of the Civil Rights Act of 1964. The Supreme Court has held that the discrimination prohibited by Title VI is co-extensive with the Equal Protection Clause of the Fourteenth Amendment. By engaging in the discriminatory practices described herein, Defendants have violated the standards set forth in Title VI. Harvard was found to violate these laws in the decision of *Students for Fair Admissions v. Harvard* (2023) yet outrageously continues to flaunt the law by continuing to engage in heinous discriminatory practices.