**ATTACHMENT 3**

**RELIEF**

Plaintiff respectfully requests that this Court grant the following relief:

1. Declaratory Relief: Issue a judgment declaring that the Defendants' admissions policies and practices at Harvard Business School violate Title VI of the Civil Rights Act of 1964 by discriminating against the Plaintiff on the basis of non-Jewish White heritage.

2. Preliminary Injunction: Issue an order preliminarily enjoining the Defendants from receiving any further federal financial assistance.

3. Preliminary Injunction: Issue an order preliminarily enjoining the Defendants from admitting any new students.

4. Permanent Injunction: Issue a permanent injunction prohibiting the Defendants from using discriminatory admissions criteria.

5. Compensatory Damages: Award the Plaintiff compensatory damages of $6,000,000 or an amount to be proven at trial for the loss of educational and professional opportunities, application fees, and the emotional distress caused by the Defendants' discriminatory conduct.

6. Punitive Damages: Award punitive or exemplary damages to deter the Defendants from future willful violations of federal civil rights laws.

7. Costs: Award the Plaintiff the costs of this action and any other relief the Court deems just and proper.