## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| John Doe,<br><br>      Plaintiff,<br><br>        v.<br><br>President and Fellows of Harvard College, and The Honorable and Reverend The Board of Overseers,<br><br>      Defendants. | Civil Action No. 1:26-cv-10486-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Victoria L. Steinberg for Defendants President and

Fellows of Harvard College and The Honorable and Reverend The Board of Overseers[1]

 in the above-captioned matter.

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**
By its attorney,

_____
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160

Dated:  May 5, 2026

---

[1] The Harvard Board of Overseers is not a proper defendant in this action, because it is not a corporate entity independent of President and Fellows of Harvard College.

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 5, 2026, this document was filed through the ECF system.  It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, and mailed by First Class Mail to pro se parties.

/s/ *Victoria L. Steinberg*
Victoria L. Steinberg