**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>       v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,<br><br>    Defendants. | Civil Action No. 1:26-cv-10486-ADB |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendants President and Fellows of Harvard College and The Honorable and Reverend The Board of Overseers[1] in the above-captioned case.

Respectfully submitted,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: May 11, 2026

---

[1] The Honorable and Reverend The Board of Bar Overseers is not a proper defendant in this action, because it is not a corporate entity independent of President and Fellows of Harvard College.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 11, 2026, this document was filed through the ECF system.

It will be sent electronically to the registered participants, as identified on the Notice of

Electronic Filing, and mailed by First Class Mail to pro se parties.


/s/ *Alexandra Arnold*
Alexandra Arnold