UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


JOHN DOE,

Plaintiff,

Civil Action No. 1:26-cv-10486-ADB


PRESIDENT AND FELLOWS OF HARVARD

COLLEGE and THE HONORABLE AND

REVEREND THE BOARD OF OVERSEERS,

Defendants.

_____


CERTIFICATE OF SERVICE


I hereby certify that on this 21 day of May, 2026, I caused a true and accurate copy of the foregoing Plaintiff's Reply Memorandum in Support of Motion for Reconsideration and Plaintiff's Motion for Permission to E-File to be served upon counsel of record for Defendants via United States Postal Service Priority Mail Priority Mail Express addressed as follows:


Victoria Steinberg

Cloherty & Steinberg LLP

One Financial Center, Suite 1120,

Boston, MA

02111

Email: vsteinberg@clohertysteinberg.com


1

Dated: May 21, 2026


Respectfully submitted,


*John Doe*
_____

John Doe

Plaintiff, Pro Se

PO BOX 151133

Los Angeles CA

90015