# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

JOHN DOE,

    Plaintiff,

v.

HARVARD ET. AL.,

    Defendants.

_____/

Case No. 1:26-cv-10486-ADB

## PLAINTIFF'S MOTION TO VACATE THE COURT'S MAY 20, 2026 ELECTRONIC ORDER

## (ECF NO. 23) PURSUANT TO FED. R. CIV. P. 54(b)

Plaintiff John Doe, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 54(b) to vacate its Electronic Order dated May 20, 2026 (ECF No. 23) denying Plaintiff's Motion for Reconsideration. In support thereof, Plaintiff states as follows:

1. This Court possesses inherent power under Fed. R. Civ. P. 54(b) to reconsider, revise, or vacate any interlocutory order "at any time before the entry of a judgment adjudicating all the claims."

2. On May 20, 2026, this Court entered an Electronic Order (ECF No. 23) ruling on Plaintiff's underlying Motion for Reconsideration regarding pseudonym status (ECF No. 10).

3. However, at the time the Court issued ECF No. 23, the briefing record was incomplete. Plaintiff's timely Reply Memorandum in Support of the Motion for Reconsideration (ECF No. 24) had not yet been processed, uploaded, or reviewed by the Court. As the official record

reflects, Plaintiff's Reply Brief was formally docketed on May 27, 2026—seven days after the Court's ruling.

4. To ensure basic procedural fairness and due process, a court must afford a litigant a meaningful opportunity to be heard, which includes the right to have a timely filed reply brief considered before a dispositive privacy right is permanently stripped away. Because ECF No. 23 was issued without the benefit of reviewing Plaintiff's final rebuttals to Defendants' assertions, the order was premature.

WHEREFORE, Plaintiff respectfully requests that this Court vacate its May 20, 2026 Electronic Order (ECF No. 23) and defer ruling on the underlying pseudonym matter until the Court has had the opportunity to fully review and evaluate Plaintiff's Reply Memorandum (ECF No. 24).

Dated: June 1, 2026

Respectfully submitted,

*John Doe*

/s/ John Doe

John Doe, Pro Se Plaintiff

P.O. Box 151133

Los Angeles, CA 90015

2

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing document was served via first-class U.S. Mail, postage prepaid, upon all counsel of record registered with the Court's CM/ECF system.

*John Doe*

John Doe, Pro Se Plaintiff