**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**John Doe**
      Plaintiff

       V.

CIVIL ACTION

NO  1:26-cv-10486

**President and Fellows of Harvard College et al**
      Defendants

**ORDER OF DISMISSAL**

Burroughs, D. J.


      In accordance with the Court's electronic Order dated August 3, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                By the Court,


August 3, 2026                       /s/ Caetlin McManus
   Date                                 Deputy Clerk