UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


JOHN DOE,

      Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION)
and THE HONORABLE AND REVEREND THE BOARD OF OVERSEERS,

      Defendants.

Civil Action No. 1:26-cv-10486-ADB

Assigned to: Judge Allison D. Burroughs


## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

## WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiff John Doe, proceeding pro se, hereby voluntarily dismisses the above-captioned action, including all claims against Defendants President and Fellows of Harvard College (Harvard Corporation) and the Board of Overseers of Harvard College, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1.      Rule 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment."

2.      As of the date of this filing, no Defendant has served or filed an answer to the Complaint, ECF No. 1, or a motion for summary judgment in this action.

3.    Accordingly, Plaintiff is entitled to dismiss this action as a matter of right, without a court order, and without prejudice pursuant to Rule 41(a)(1)(B).

4.    This dismissal applies to all claims and all Defendants in this action.

WHEREFORE, Plaintiff respectfully gives notice that this action is voluntarily dismissed without prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, a true and correct copy of the foregoing Notice was served via first-class U.S. Mail, postage prepaid, upon counsel of record for Defendants: Victoria L. Steinberg, Esq. and Alexandra Arnold, Esq., Cloherty & Steinberg LLP, One Financial Center, Suite 1120, Boston, MA 02111.

Dated: July 29, 2026

Respectfully submitted,

*John Doe*

John Doe, Plaintiff Pro Se
PO Box 151133
Los Angeles, CA 90015
johndoediscriminationsuit@gmail.com